# Order

**Lansing, Michigan**

March 28, 2014

146892 (69)

EDWARD KARAUS, d/b/a GREAT LAKES
SEA WALLS,
          Plaintiff-Appellee,

v

BANK OF NEW YORK MELLON,
          Defendant/
          Cross-Plaintiff-Appellant,
and

PNC BANK f/k/a NATIONAL CITY BANK,
SHELDON CAREF, and NELLY CAREF a/k/a
NELLY NAVARRETE,
          Defendants/Cross-Defendants.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 146892
COA: 307842
Allegan CC: 10-047317-CH

On order of the Court, the motion to deny appellee's bill of costs is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014



t0324

Clerk